**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: November 07, 2023<br>Docket #: 23-1096cv<br>Short Title: Preble-Rish Haiti, S.A. v. Republic of Haiti | DC Docket #: 22-cv-7503<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Castel |

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to stay pending appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, November 7, 2023.

Inquiries regarding this case may be directed to 212-857-8595.